

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

| | |
|---|---|
| JOSE ROLANDO MENDOZA, MARIA DOLORES REYES, AS NEXT FRIEND TO JESUS HUMBERTO SILLER AND MARIA TELESFORO ROSALES, AS NEXT FRIEND TO VICTOR GERARDO HERNANDEZ<br><br>Plaintiffs,<br><br>VS.<br><br>BRIDGESTONE/FIRESTONE BRAZIL A foreign subsidiary of BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, and JUAN HERNANDEZ OLIVAREZ<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED

JUL 1 7 2003

Michael N. Milby
Clerk of Court

C.A. NO. B-03-126

## BRIDGESTONE AMERICAS HOLDING, INC.'S MOTION TO DISMISS

Bridgestone Americas Holding, Inc.'s ("BAH") moves the Court as follows:

1. To dismiss this action pursuant to Fed. R. Civ. P. 12(b)(2) for lack of jurisdiction. BAH is not subject to general or personal jurisdiction in Texas.

2. To dismiss this action pursuant to Fed. R. Civ. P. 12(b)(4) for insufficiency of process. The summons and complaint do not contain the proper parties since Bridgestone/Firestone Brazil does not exist.

3. In the alternative and without waiving the foregoing, to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(5) for insufficiency of service of process. Plaintiffs have served a party, BAH that does not appear to be a Defendant in the lawsuit.

1295975_1.DOC

4. BAH will immediately file a brief supporting these motions. BAH reserves the right to amend and provide additional evidence in support of this motion, and answer Plaintiffs' complaint after the Court rules on this motion.

WHEREFORE, BAH prays that Plaintiffs' claims against it be dismissed for insufficiency of process and for insufficiency of service of process. BAH also prays for such other relief as the court may deem appropriate.

Dated: July 17, 2003

Respectfully submitted,

VINSON & ELKINS L.L.P.

By_____
Knox D. Nunnally
State Bar No. 15141000
Don C. Griffin
State Bar No. 08456975
Kyle Farrar
State Bar No. 24034828
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

**ATTORNEYS FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Bridgestone Americas Holding, Inc.'s Motion to Dismiss* has been served on all counsel of record by mailing same certified mail, return receipt requested, this 17th day of July, 2003.

*Attorneys for Plaintiffs:*
Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577

*Attorneys for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

_____
DON C. GRIFFIN