IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, <br> MARIA DOLORES REYES, AS <br> NEXT FRIEND TO JESUS HUMBERTO <br> SILLER AND MARIA TELESFORO <br> ROSALES, AS NEXT FRIEND TO <br> VICTOR GERARDO HERNANDEZ <br><br> VS. <br><br> BRIDGESTONE/FIRESTONE BRAZIL <br> A foreign subsidiary of BRIDGESTONE <br> AMERICAS HOLDING, INC., <br> BRIDGESTONE/FIRESTONE NORTH <br> AMERICAN TIRE, LLC, and JUAN <br> HERNANDEZ OLIVAREZ | § § § § § § § § § § § § § § § | C.A. NO. B-03-126 |

United States District Court
Southern District of Texas
FILED

JUL 2 9 2003

Michael N. Milby
Clerk of Court

**BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, 'S
CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THIS COURT:

Bridgestone/Firestone North American Tire, LLC ("Firestone") files its Certificate of Interested Parties and makes the following disclosure of all persons and entities that are financially interested in the outcome of this litigation pursuant to the Court's Order for Conference and Disclosure of Interested Parties.

1. Firestone is a Defendant in this litigation and, accordingly, has a financial interest in its outcome.

2. Bridgestone/Firestone do Brasil Industria e Comercio Ltda is named as a Defendant in this litigation and as such, has a financial interest in the litigation. Bridgestone/Firestone do Brasil Industria e Comercio Ltda is a wholly-owned subsidiary of

Bridgestone Americas Holding, Inc.. To date, Bridgestone/Firestone do Brasil Industria e Comercio Ltda has not been appropriately served in this case.

3. Bridgestone Americas Holding, Inc. is a not clearly named as a Defendant in this litigation based on Plaintiffs' and Cross-Plaintiff's pleadings. However, if it is the intent of Plaintiffs and Cross-Plaintiff to sue Bridgestone Americas Holding, Inc., it accordingly has a financial interest in the outcome of this litigation.

4. Juan Hernandez Olivarez is a Defendant and Cross-Plaintiff in this litigation and, accordingly, has a financial interest in the outcome of this litigation.

5. Jose Rolando Mendoza, Maria Dolores Reyes, as Next Friend to Jesus Humberto Siller and Maria Telesforo Rosales, as Next Friend to Victor Gerardo Hernandez are Plaintiffs in this litigation and, accordingly, have a financial interest in its outcome.

6. Plaintiff's counsel has a financial interest in the outcome of this litigation. Plaintiff is represented by:

> *Attorneys for Plaintiffs:*
> Gilbert L. Vasquez
> State Bar No. 00797593
> VASQUEZ LAW FIRM, P.C.
> 814 Del Oro Lane
> Pharr, Texas 78577
> Telephone:   (956) 787-8182
> Facsimile:   (956) 787-4324

7. Juan Hernandez Olivarez's counsel has a financial interest in the outcome of this litigation. He is represented by:

2

*Attorneys for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503
Telephone:   (956) 994-0057
Facsimile:   (956) 994-0741

8. All other attorneys representing a party in this litigation are listed below:

***Attorneys for Bridgestone/Firestone North American Tire, LLC:***
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & ELKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone:   (713) 758-2416
Facsimile:   (713) 615-5220

***Attorneys for Bridgestone/Firestone do Brasil Industria e Comercio Ltda:***
As stated above, Bridgestone/Firestone do Brasil Industria e Comercio Ltda has not been served in this case and has no counsel of record at this time.

***Attorneys for Bridgestone Americas Holding, Inc.:***
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & ELKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone:   (713) 758-2416
Facsimile:   (713) 615-5220

9. Firestone is unaware of any other persons, estates, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the litigation.

Respectfully submitted,

VINSON & ELKINS L.L.P.

By_____
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

**ATTORNEYS FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by mailing same certified mail, return receipt requested, this **24th** day of **July, 2003**.

*Attorneys for Plaintiffs:*
Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577

*Attorneys for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

_____
DON C. GRIFFIN