IN TH UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, | § | |
| MARIA DOLORES REYES, AS | § | |
| NEXT FRIEND TO JESUS HUMBERTO | § | |
| SILLER AND MARIA TELESFORO | § | |
| ROSALES, AS NEXT FRIEND TO | § | |
| VICTOR GERARDO HERNANDEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-03-126 |
| | § | |
| BRIDGESTONE/FIRESTONE BRAZIL | § | |
| A foreign subsidiary of BRIDGESTONE | § | |
| AMERICAS HOLDING, INC., | § | |
| BRIDGESTONE/FIRESTONE NORTH | § | |
| AMERICAN TIRE, LLC, and JUAN | § | |
| HERNANDEZ OLIVAREZ | § | |

United States District Court
Southern District of Texas
FILED

AUG 0 4 2003

Michael N. Milby
Clerk of Court

### JOSE ROLANDO MENDOZA, MARIA DOLORES REYES, AS NEXT FRIEND TO JESUS HUMBERTO SILLER AND MARIA TELESFORO ROSALES, AS NEXT FRIEND TO VICTOR GERARDO HERNANDEZ CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Jose Rolando Mendoza, Maria Dolores Reyes, as Next Friend to Jesus Humberto Siller And Maria Telesforo Rosales, as Next Friend to Victor Gerardo Hernandez files its their Certificate of Interested Parties and makes the following disclosure of all persons and entities that are financially interested in the outcome of this litigation pursuant to the Court's Order for Conference and Disclosure of Interested Parties:

1.      Jose Rolando Mendoza, Maria Dolores Reyes, as Next Friend to Jesus Humberto Siller And Maria Telesforo Rosales, as Next Friend to Victor Gerardo Hernandez are the Plaintiffs in this litigation and, accordingly, have a financial interest in the outcome of the above referenced

litigation

2.　Juan Hernandez Olivarez is a Defendant and Cross-Plaintiff in this litigation and, accordingly, has a financial interest in the outcome of this litigation.

3.　Firestone is a Defendant in this litigation and, accordingly, has a financial interest in the outcome of this litigation.

4.　Bridgestone/Firestone do Brasil Industria e Comerico Ltda is named as a Defendant in this litigation and as such, has a financial interest in the litigation.

5.　Defendant counsel has a financial interest in the outcome of this litigation. Defendant is represented by:

***Attorneys for Defendants:***
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & WILKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone:　(713) 758-2416
Facsimile:　(713) 615-5220

6.　All other Attorneys representing a party in this litigation are listed below:

***Attorneys for Bridgestone/Firestone North American Tire, L.L.C:***
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & WILKINS L.L.P.

1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone:     (713) 758-2416
Facsimile:     (713) 615-5220

*__Attorneys for Bridgestone Americas Holding, Inc.:__*
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & WILKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone:     (713) 758-2416
Facsimile:     (713) 615-5220

7.     Juan Hernandez Olivarez's counsel has a financial interest in the outcome of this litigation. He is represented by:

*__Attorney for Defendant Juan Hernandez Olivarez:__*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503
Telephone:     (956) 994-0057
Facsimile:     (956) 994-0741

8.     Jose Rolando Mendoza, Maria Dolores Reyes, as Next Friend to Jesus Humberto Siller And Maria Telesforo Rosales, as Next Friend to Victor Gerardo Hernandez.

*__Attorneys for Plaintiffs:__*
Gilbert L. Vasquez
State Bar No. 00797593
THE VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
Telephone:     (956) 787-8182

Facsimile:   (956) 787-4324

GUSTAVO L. ACEVEDO, JR.
State Bar No. 00829805
Federal I.D. No. 10810
Attorney at Law
814 Del Oro Lane
Pharr, Texas 78577
Tel: (956) 787-8182
Fax: (956) 787-4324

9.   Jose Rolando Mendoza, Maria Dolores Reyes, as Next Friend to Jesus Humberto Siller And Maria Telesforo Rosales, as Next Friend to Victor Gerardo Hernandez is unware of any other persons, estates, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the litigation.

Respectfully submitted,

GUSTAVO L. ACEVEDO, JR.
Attorney at Law
814 Del Oro Lane
Pharr, Texas 78577
Tel: (956) 787-8182
Fax: (956) 787-4324

By: _____
Gustavo L. Acevedo, Jr.
State Bar No. 00829805
Federal I.D. No. 10810

THE VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
(956) 787-8182 Office
(956) 787-4324 Facsimile

By: _____
Gilbert L. Vasquez
State Bar No. 00797593

**ATTORNEYS FOR PLAINTIFFS
JOSE ROLANDO MENDOZA, MARIA DOLORES REYES, AS NEXT FRIEND TO JESUS HUMBERTO SILLER AND MARIA TELESFORO ROSALES, AS NEXT FRIEND TO VICTOR GERARDO HERNANDEZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record by mailing same certified mail, return receipt requested, this **1st** day of **August, 2003.**

*Attorneys for Defendants:*
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & WILKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002


*Attorney for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

_____
Gustavo L. Acevedo, Jr.