IN TH UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, <br> MARIA DOLORES REYES, AS <br> NEXT FRIEND TO JESUS HUMBERTO <br> SILLER AND MARIA TELESFORO <br> ROSALES, AS NEXT FRIEND TO <br> VICTOR GERARDO HERNANDEZ | § § § § § § § | |
| VS. | § § | C.A. NO. B-03-126 |
| BRIDGESTONE/FIRESTONE BRAZIL <br> A foreign subsidiary of BRIDGESTONE <br> AMERICAS HOLDING, INC., <br> BRIDGESTONE/FIRESTONE NORTH <br> AMERICAN TIRE, LLC, and JUAN <br> HERNANDEZ OLIVAREZ | § § § § § § | |

United States District Court
Southern District of Texas
FILED

AUG 0 4 2003

Michael N. Milby
Clerk of Court

### APPLICATION TO APPEAR PRO HAC VICE

Now comes, GILBERT L. VASQUEZ, attorney for the Plaintiffs in the above-styled and numbered cause, and files this his Application To Appral Pro Hac Vice and would show the court as follows:

### I. GILBERT L. VASQUEZ' APPLICATION FOR PRO HAC VICE

I, Gilbert L. Vasquez, file this application to appear pro hac vice before the court. My information is as follows:

1. My full name is Gilbert L. Vasquez.

2. I am an attorney and practice under the name of The Vasquez Law Firm, P.C.

3. My business address, telephone number, and fax number are as follows:

> 814 Del Oro Lane
> Pharr, Texas 78577
> (956) 787-8182
> (956) 787-4324

4. I have been retained as a member of The Vasquez Law Firm, P.C. by Jose Rolando Mendoza, Maria Dolores Reyes, as next friend to Jesus Humberto Siller and Maria Telesforo Rosales, as next friend to Victor Gerardo Hernandez.

5. Since November 1, 1996, I have been and presently am a member in good standing of the bar of the highest court of the State of Texas.

6. I have been admitted to practice in the following courts: STATE OF TEXAS.

7. I am presently a member in good standing of the bar in the State Of Texas.

8. I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

9.

10. I have not been charged, arrested, or convicted of a criminal offense or offenses.

11. In the past three years, I have not applied to appear pro hac vice before this court.

12. I designate Gustavo L. Acevedo, Jr. as a local counsel of record to assist me in this case. His business office address, telephone number, and fax number are as follows:

> 814 Del Oro Lane
> Pharr, Texas 78577
> (956) 787-8182
> (956) 787-4324

## II. CONCLUSION

**WHEREFORE, PREMISES CONSIDERED,** GILBERT L. VASQUEZ prays that the Court grant this application and allow me to appear pro hac vice before this Court until the conclusion of this and for such other and further relief, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

THE VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
(956) 787-8182 Office
(956) 787-4324 Facsimile

By: *[signature]*
Gilbert L. Vasquez
State Bar No. 00797593

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record by mailing same certified mail, return receipt requested, this **1st** day of **August, 2003.**

**Via: CMRRR**
Knox D. Nunnally
VINSON & WILKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002

**Via: CMRRR**
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

_____
Gilbert L. Vasquez

IN TH UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, <br> MARIA DOLORES REYES, AS <br> NEXT FRIEND TO JESUS HUMBERTO <br> SILLER AND MARIA TELESFORO <br> ROSALES, AS NEXT FRIEND TO <br> VICTOR GERARDO HERNANDEZ <br><br> VS. <br><br> BRIDGESTONE/FIRESTONE BRAZIL <br> A foreign subsidiary of BRIDGESTONE <br> AMERICAS HOLDING, INC., <br> BRIDGESTONE/FIRESTONE NORTH <br> AMERICAN TIRE, LLC, and JUAN <br> HERNANDEZ OLIVAREZ | § § § § § § § § § § § § § § § | C.A. NO. B-03-126 |

## ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering GILBERT L. VASQUEZ' application to appear pro hac vice, the court

DENIES or GRANTS GILBERT L. VASQUEZ' application

And ORDERS that GILBERT L. VASQUEZ be allowed to appear pro hac vice until the conclusion of this case.

SIGNED on _____, 200\_\_.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTERED:

_____
GILBERT L. VASQUEZ