IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA | § | |
| MARIA DOLORES REYES, AS | § | |
| NEXT FRIEND TO JESUS HUMBERTO | § | |
| SILLER AND MARIA TELESFORO | § | |
| ROSALES, AS NEXT FRIEND TO | § | |
| VICTOR GERARDO HERNANDEZ | § | |
| Plaintiffs | § | CIVIL ACTION B-03-126 |
| VS. | § | |
| | § | |
| BRIDGESTONE/FIRESTONE BRAZIL | § | |
| A foreign subsidiary of BRIDGESTONE | § | |
| AMERICAS HOLDING, INC., | § | |
| BRIDGESTONE/FIRESTONE NORTH | § | |
| AMERICAN TIRE, LLC, and JUAN | § | |
| HERNANDEZ OLIVAREZ | § | |
| Defendants | § | CAMERON COUNTY, TEXAS |

**DEFENDANT OLIVAREZ'S LIST OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **JUAN HERNANDEZ OLIVAREZ** Individually and on Behalf of all the Wrongful Death Beneficiaries of GERARDO A HERNANDEZ, Deceased, and files this List of Interested Parties who have a financial interest in the outcome of this case:

PLAINTIFFS:

1. Jose Rolando Mendoza
2. Maria Dolores Reyes, as next friend to Jesus Humberto Siller, minor
3. Maria Telesforo Rosales, as next friend to Victor Gerardo Hernandez, minor

PLAINTIFFS' ATTORNEYS:

Gustavo L. Acevedo, Jr.
Attorney At Law
814 Del Oro Lane
Pharr, Texas 78577
(956) 787-8182
(956) 787-4324 (fax)
State Bar No. 00829805
Federal I.D. No. 10810

Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
(956) 787-8182
(956) 787-4324 (fax)
State Bar No. 00829805

**TIRE DEFENDANTS:**

1. Bridgestone Americas Holding, Inc.
2. Bridgestone/Firestone North American Tire L.L.C.
3. Bridgestone/Firestone do Brasil Industria e Comercio Ltda.

**TIRE DEFENDANTS' ATTORNEYS:**

Mr. Don C. Griffin
Knox Nunnally
Kyle W. Farrar
Vinson & Elkins, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

**DEFENDANT/CROSS PLAINTIFF:**

1. Juan Hernandez Olivarez

**DEFENDANT/CROSS PLAINTIFF'S ATTORNEY:**

Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 680
McAllen, Texas 78503
(956) 994-0057
(956) 994-0741 FAX
State Bar No. 00794195
Federal Bar No. 21827

Respectfully submitted,

LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 680
McAllen, Texas 78503
(956) 994-0057
(956) 994-0741 FAX

By:_____
LARRY W. LAWRENCE, JR.
State Bar No. 00794195
ATTORNEY FOR CROSS-PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document has been forwarded to the following on this 11th Day of August 2003:

ATTORNEY FOR PLAINTIFFS

Gilbert Vasquez
VASQUEZ LAW FIRM, P.C.
A Professional Corporation
814 Del Oro Lane
Pharr, Texas 78577

Mr. Don C. Griffin
Kyle Farrar
Vinson & Elkins, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

_____
LARRY W. LAWRENCE, JR.