IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, | § | |
| MARIA DOLORES REYES, AS | § | |
| NEXT FRIEND TO JESUS HUMBERTO | § | |
| SILLER AND MARIA TELESFORO | § | |
| ROSALES, AS NEXT FRIEND TO | § | |
| VICTOR GERARDO HERNANDEZ | § | |
| | § | C.A. NO. B-03-126 |
| VS. | § | |
| | § | |
| BRIDGESTONE/FIRESTONE BRAZIL | § | |
| A foreign subsidiary of BRIDGESTONE | § | |
| AMERICAS HOLDING, INC., | § | |
| BRIDGESTONE/FIRESTONE NORTH | § | |
| AMERICAN TIRE, LLC, and JUAN | § | |
| HERNANDEZ OLIVAREZ | § | |

## JOINT DISCOVERY/ CASE MANAGEMENT PLAN

COMES NOW Plaintiffs, Defendant Bridgestone/Firestone North American Tire, L.L.C.

("Firestone") and files its Joint Discovery/Case Management Plan in the above-referenced case:

### Preliminary Matters

1. **List cases pending in this, or any other district, with their cause number and judicial district, which are related to this case.**

   None.

2. **Can and should this case be consolidated with those cases, if any?**

   Not applicable.

3. **What is the Plaintiff's allegation of federal jurisdiction?**

   There is no allegation of federal jurisdiction in Plaintiffs' Original Petition or the Cross-Action of Juan Hernandez Olivarez.

1334627_1.DOC

4.  **Does/do the Defendant(s) agree or disagree with this allegation?**

    Defendant contends there is federal jurisdiction based on diversity.

5.  **Does either party anticipate the need to add additional parties?**

    Plaintiffs anticipate adding "Bridgestone/Firestone Brazil" as a party. Additionally, the mother of deceased Plaintiff (Gerardo A. Hernandez) is not a party and is not represented by counsel at the present time. It is anticipated that she will intervene or become a party to this case in the future.

6.  **If so, list any additional parties and when they can be added.**

    Plaintiffs will be required to effectuate service on "Bridgestone/Firestone Brazil" through the Hague Convention which will take a matter of months. It is not known when the mother of Gerardo A. Hernandez will intervene or become a party.

7.  **List any anticipated interventions.**

    None other than those identified above.

8.  **Is/are there any issue(s) in this case which may raise class allegations or class action issues?**

    None.

## Discovery

9.  **The meeting required by Fed.R.Civ.P. 26(f) was held on <u>August 26, 2003</u> at <u>9:30 a.m.</u> and was attended by counsel for Firestone and counsel for Plaintiffs.**

10. **Describe the proposed discovery plan agreed upon at the meeting. Include the following:**

    a) **Do you suggest any changes to be made in the timing of the disclosures required by Fed.R.Civ.P 26(a)(1)? If so, what are they?**

    Yes, the parties have agreed that initial disclosures will be due thirty days after the Rule 26 conference.

    b) **If they have not already been made, when will the required disclosures be made?**

    See above.

c)  **Is there a need for an initial discovery phase in this litigation, and if so, on what issues is this discovery needed and when will it be completed?**

The parties request one year to complete discovery anticipating there will be significant time required to add "Bridgestone/Firestone Brazil" as a party effectuating service under the Hague Convention. Additionally, there will be approximately ten to twelve depositions of fact witnesses including Plaintiffs, Defendants, fact witnesses involved with the sale and vehicle maintenance, and corporate representatives of the various Defendants. Finally, there will likely be eight to twelve experts to be deposed among all parties along with Mexico investigating officers and medical treaters.

d)  **When will interrogatories and requests for production be sent?**

The parties anticipate sending written discovery within thirty days of the Rule 26 conference.

e)  **List the names of all persons for whom depositions will be needed and when these depositions will be taken.**

Defendant identifies all Plaintiffs, healthcare providers for Plaintiffs, fact witnesses and investigators of the accident, appropriate corporate representatives of Defendant and expert witnesses for all parties. Defendant anticipates this will entail at least twenty to thirty depositions and it will be July 2004 before these depositions can be reasonably completed.

f)  **When will the discovery be completed?**

July 2004 contingent upon the time required for Plaintiffs to add "Bridgestone/Firestone Brazil" as a party under the Hague Convention and complete discovery as to that entity.

11. **If the parties do not agree on any portion of the discovery plan, describe the separate views <u>and proposals</u> of each party.**

Not applicable.

### Settlement and Trial Alternatives

12. **Describe the possibilities of settlement or alternate dispute resolution which were discussed at the Rule 26(f) meeting.**

After initial discovery has been completed, the parties will agree upon a mediator or alternate dispute resolution process, excluding binding arbitration.

13. **State what has been done to bring about a prompt settlement.**

    The parties are proceeding with routine discovery to assist in evaluation and settlement discussions.

14. **Is this case suitable for Alternate Dispute Resolution (ADR)? If so, what has been done to promote ADR?**

    The parties do not object to Alternate Dispute Resolution, excluding binding arbitration.

15. **Will the parties consent to trial before a Magistrate Judge?**

    Parties prefer that Judge Tagle try this case, if necessary.

16. **Has a jury demand been made? Is it timely?**

    A timely demand for jury has been made.

17. **In the event of a trial, how long will it take to try this case?**

    The parties anticipate fifteen to twenty trial days which includes multiple days for the Court to address pre-trial matters.

## Additional Conference Items

18. **If there are any motions pending before the Court at this time, list them.**

    Firestone's Motion to Designate Lead Counsel
    Plaintiffs' Motion to Remand
    Bridgestone Americas Holding's 12(b) Motion to Dismiss
    Firestone's Motion for Limited Post-Removal Discovery

19. **Can any of these motions be ruled upon at the initial pretrial and scheduling conference?**

    Plaintiffs have requested the Court rule upon their Motion to Remand, and if the case remains in federal court, set a date for which other dispositive motions will be addressed. Firestone requests limited post-Removal discovery to determine any relationships among Plaintiffs and Cross-Plaintiff.

20. **Are there any other matters peculiar to this case, including discovery, which deserve the special attention of the Court at the conference?**

    Issues regarding discovery as to Firestone including the use of MDL discovery and any potential limitations on the discovery Plaintiffs may conduct.

21. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

*Attorneys for Plaintiffs:*
Gilbert L. Vasquez
State Bar No. 00797593
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
Telephone: (956) 787-8182
Facsimile: (956) 787-4324

Gustavo L. Acevedo, Jr.
State Bar No. 00829805
Federal I.D. No. 10810
814 Del Oro Lane
Pharr, Texas 78577
Telephone: (956) 787-8182
Facsimile: (956) 787-4324

*Attorneys for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
State Bar No. 00794195
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503
Telephone: (956) 994-0057
Facsimile: (956) 994-0741

*Attorneys for Bridgestone/Firestone North American Tire, L.L.C.:*
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & ELKINS L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

Respectfully submitted,

VINSON & ELKINS L.L.P.

By: _____
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

**ATTORNEYS FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by mailing same certified mail, return receipt requested, this **28th** day of **August, 2003.**

*Attorneys for Plaintiffs:*
Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
and
Gustavo L. Acevedo, Jr.
814 Del Oro Lane
Pharr, Texas 78577

*Attorneys for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

_____
DON C. GRIFFIN