*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, | § | |
| MARIA DOLORES REYES, AS | § | |
| NEXT FRIEND TO JESUS HUMBERTO | § | |
| SILLER AND MARIA TELESFORO | § | |
| ROSALES, AS NEXT FRIEND TO | § | |
| VICTOR GERARDO HERNANDEZ | § | |
| | § | C.A. NO. B-03-126 |
| VS. | § | |
| | § | |
| BRIDGESTONE/FIRESTONE BRAZIL | § | |
| A foreign subsidiary of BRIDGESTONE | § | |
| AMERICAS HOLDING, INC., | § | |
| BRIDGESTONE/FIRESTONE NORTH | § | |
| AMERICAN TIRE, LLC, and JUAN | § | |
| HERNANDEZ OLIVAREZ | § | |

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

## NOTICE OF ATTORNEY-IN-CHARGE

Defendant respectfully files this Notice of Attorney-in-charge in the above-styled cause.

Please take notice that Don C. Griffin of Vinson & Elkins L.L.P. is the attorney-in-charge of this case for the Defendant, Bridgestone/Firestone North American Tire, L.L.C. (successor to Bridgestone/Firestone, Inc.) in lieu of Knox D. Nunnally.

1350605_1.DOC

Respectfully submitted,

VINSON & ELKINS L.L.P.

By _____
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

**ATTORNEYS FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by mailing same certified mail, return receipt requested, this **16th** day of **September, 2003**.

*Attorneys for Plaintiffs:*
Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
and
Gustavo L. Acevedo, Jr.
814 Del Oro Lane
Pharr, Texas 78577

***Attorneys for Defendant Juan Hernandez Olivarez:***
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

_____
DON C. GRIFFIN