# Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ☐ Nicolas | ■ Levesque | | |
| DATE | 09 | 15 | 03 | |
| TIME | | a.m. | | a.m. |
| | 2:30 | p.m. | 3:00 | p.m. |
| CIVIL ACTION | B | 03 | 126 | |
| STYLE | MENDOZA, ET AL. *versus* BRIDGESTONE/BRAZIL, ET AL. | | | |

United States District Court
Southern District of Texas
FILED

SEP 1 5 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;   (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s): Gilbert Vasquez
Attorney(s) for Defendant(s):
Bridgestone/Firestone Brazil, Inc.   Don Griffin
" " North America L.L.C.   Same
Juan Hernandez Olivarez   Larry W. Lawrence, Jr.

Comments:

- Vasquez: Gerardo Hernandez - 14 yr. old deceased; Victor Gerardo Hernandez - passenger, 16 yr. old (mother is Maria Moroca); Jose Rolando Mendoza - passenger, 18 yr. old; Jesus Siller - friends w/ driver. Father of decedent owned the car and purchased it in GA several weeks before. Father allowed minor son to drive the car, kid had no license.

Parental immunity: parties argued there is no parent-child relationship.

Pending Motions: to dismiss and to remand

Bridgestone America's Motion to Dismiss: argued there is no business in TX. They did not yet file a brief, but would do so that day.

Pls wanted time to conduct limited post-removal discovery to determine the relationship of the people involved. Judge orally granted this motion and will allow defendants to respond.