IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, ET AL. | § | |
| Plaintiffs, | § | |
| v. | § | B-03-126 |
| BRIDGESTONE/FIRESTONE BRAZIL ET AL. | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on October 2, 2003, the Court **MOOTED** Defendant Bridgestone/Firestone North American Tire, L.L.C.'s Opposed Motion for Post-Removal Discovery [Dkt. No. 13]. The Court previously granted this motion at the Initial Pretrial Conference held on September 15, 2003.

DONE this 2nd day of October, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge