18

UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

JOSE ROLANDO MENDOZA, ET AL §

vs. § Civil Action No. B- 03-126

BRIDGESTONE/FIRESTONE BRAZIL, §
A Foreign Subsidiary of Bridgestone
Americas Holding, Inc.

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**SCHEDULING ORDER**

1. Trial: Estimated time to try: 15-20 days. ☐ Bench ■ Jury

2. New parties must be joined by: 12/30/2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: 5/3/2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: 7/1/2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by: 8/2/2004

7. Joint pretrial order is due: 10/20/2004

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: 11/4/2004

9. Jury Selection is set for 9:00 a.m. on: 11/8/2004
   *(The case will remain on standby until tried)*

Signed October 15, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge