IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, ET AL. | § | |
| Plaintiffs, | § § § | |
| v. | § | B-03-126 |
| BRIDGESTONE/FIRESTONE BRAZIL ET AL. | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on November 6, 2003, the Court **ORDERED** the parties to submit any supplemental briefing to their pending motions to remand and dismiss no later than 4:00 p.m. on November 21, 2003. Responses, if any, will be filed no later than 4:00 p.m. on December 5, 2003. This order is in response to the Court's granting limited post-removal discovery at the Initial Pretrial Conference held on September 15, 2003.

DONE this 6th day of November, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge