GILBERT L. VASQUEZ

814 Del Oro Lane
Pharr, Texas 78577
(956) 787-8182 (Office)
(956) 787-4324 (Facsimile)

# THE VASQUEZ LAW FIRM, P.C.

ATTORNEY AND COUNSELOR AT LAW

November 21, 2003

United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

**VIA FACSIMILE (956) 574-7416**
Attn: Stella Cavasos
United States District Court
600 E. Harrison St. #306
Brownsville, Texas 78520

Re: Cause No. B-03-126; *Jose Rolando Mendoza et al. vs. Bridgestone/Firestone Brazil et al.*, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Ms. Cavasos:

This letter is to notify you that we have reached a settlement agreement regarding the above referenced matter. Attached, please find a copy of the settlement agreement letter. Currently, I am preparing a Notice of Settlement. As soon as this document is signed by all parties, I will file same. Additionally, as I discussed, my clients are minors; therefore, I will need a friendly suit hearing to be set as soon as possible.

Should you have any questions or desire further information, please do not hesitate to contact me.

Sincerely,

THE VASQUEZ LAW FIRM, P.C.

Gilbert L. Vasquez
Attorney at Law

GLV:fdlg
Enclosures
CC:

*Via Facsimile (713) 615-5220*
*Attorneys for Defendants:*
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
VINSON & WILKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002

*Via Facsimile (956) 994-0741*
*Attorney for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

Law Offices

# HOLLAND & KNIGHT LLC

131 South Dearborn, 30th Floor
Chicago, Illinois 60603

312-263-3600
FAX 312-578-6666
http://www.hklaw.com

Annapolis
Atlanta
Bethesda
Boston
Bradenton
Chicago
Fort Lauderdale
Jacksonville
Lakeland
Los Angeles
Melbourne
Miami
New York

Northern Virginia
Orlando
Portland
Providence
San Antonio
San Francisco
Seattle
St. Petersburg
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

International Offices:
Caracas*
Helsinki*
Mexico City
Rio de Janeiro

São Paulo
Tel Aviv*
Tokyo

Representative Offices

November 20, 2003

THOMAS R. WOODROW
312-578-6563

Internet Address:
twoodrow@hklaw.com

Gilbert L. Vasquez
Vasquez Law Firm, P.C.
814 Del Oro Lane
Pharr, TX 78577

Re: *Jose Rolando Mendoza, Maria Dolores Reyes, as Next Friend to Jesus Humberto Siller and Maria Telesforo Rosales, as Next Friend to Victor Gerardo Hernandez vs. Bridgestone/Firestone Brazil a foreign subsidiary of Bridgestone Americas Holding, Inc., Bridgestone/Firestone North American Tire, LLC, and Juan Hernandez Olivarez*

Dear Mr. Vasquez:

Pursuant to Rule 11 of the Texas Rules of Civil Procedure, Bridgestone/Firestone Brazil a foreign subsidiary of Bridgestone Americas Holding, Inc., and Bridgestone Firestone North American Tire LLC, successor to Bridgestone/Firestone, Inc. (collectively "Firestone"), hereby extends a full and final offer to settle any and all of claims related to the personal injuries sustained by Jose Rolando Mendoza, Jesus Humberto Siller, a minor, and Victor Gerardo Hernandez, a minor, for $60,000.00. Upon signing below, you are confirming that Plaintiffs Jose Rolando Mendoza, Maria Dolores Reyes, as Next Friend to Jesus Humberto Siller and Maria Telesforo Rosales, as Next Friend to Victor Gerardo Hernandez ("Plaintiffs"), hereby agree to settle and release all claims they have asserted or may assert in the above-referenced lawsuit against Bridgestone/Firestone North American Tire, L.L.C., successor to Bridgestone/Firestone, Inc. and Bridgestone/Firestone Brazil a foreign subsidiary of Bridgestone Americas Holding, Inc. (collectively "Firestone"), Bridgestone Corp., and Juan Hernandez Olivarez arising out of an accident that occurred on May 25, 2002, and in consideration for payment by Firestone of cash and/or periodic payments having a cost of $60,000.00, which includes the cost of

Gilbert L. Vasquez
November 20, 2003
Page 2 of 3

structured periodic payments, if any, the terms of which will be determined promptly. The settlement shall be allocated as follows: $30,000.00 to settle the personal injuries claims of Jose Rolando Mendoza, $20,000.00 to settle the personal injury claims of Jesus Humberto Siller, a minor; and $10,000.00 to settle the personal injury claims of Victor Gerardo Hernandez, a minor. Plaintiffs may elect to structure all or a portion of the settlement proceeds, provided the structure is funded through Ringler Associates in Washington, D.C.

Plaintiffs agree to dismiss the above case, and all of their claims therein, with prejudice. Plaintiffs further represent and agree that all other claims asserted by them against all defendants in this lawsuit have been or will be fully extinguished, released, and dismissed with prejudice prior to, or at the same time as, the dismissal required herein.

Each party will bear its own costs and attorneys fees. Plaintiffs and their attorney agree to file a motion to appoint a _guardian ad litem_ in federal court. The terms of this settlement are subject to _guardian ad litem_ and court approval, and shall remain confidential.

Plaintiffs agree that Firestone shall take possession of the subject tire as a condition of settlement.

In further consideration of this settlement, Plaintiffs shall indemnify Firestone, Bridgestone Corp., and Juan Hernandez Olivares, and hold them harmless from and against any and all claims brought against them by or on behalf of Plaintiffs arising out of the subject accident, including, without limitation, all past and future medical liens or expenses, any and all claims for property damage, worker's compensation liens and/or other subrogation interests. Plaintiffs further agree to indemnify, defend, and hold harmless Firestone and Bridgestone Corp. from any and all claims for contribution or indemnity that may be brought by any vehicle or tire retailer arising out of the sale or use of the subject tire.

This agreement and the more formal settlement documents, to be drafted by Firestone and signed by the Plaintiffs, shall be governed by Texas law.

In order to fund this settlement, please provide Lisa Ellis in my office with drafting instructions and a signed W-9 form.

Please sign on the line provided below to accept the settlement and return to me _via_ fax and mail. Please call me if you have any questions.

Gilbert L. Vasquez
November 20, 2003
Page 3 of 3

                            Very truly yours,

                            HOLLAND & KNIGHT LLC

                            Thomas Woodrow/LE
                            Thomas R. Woodrow

AGREED: _____
Attorney for Plaintiffs

# 1304364_v2