IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, | § | |
| MARIA DOLORES REYES, AS | § | |
| NEXT FRIEND TO JESUS HUMBERTO | § | |
| SILLER AND MARIA TELESFORO | § | |
| ROSALES, AS NEXT FRIEND TO | § | |
| VICTOR GERARDO HERNANDEZ | § | |
| | § | C.A. NO. B-03-126 |
| VS. | § | |
| | § | |
| BRIDGESTONE/FIRESTONE BRAZIL | § | |
| A foreign subsidiary of BRIDGESTONE | § | |
| AMERICAS HOLDING, INC., | § | |
| BRIDGESTONE/FIRESTONE NORTH | § | |
| AMERICAN TIRE, LLC, and JUAN | § | |
| HERNANDEZ OLIVAREZ | § | |

### AGREED MOTION TO APPOINT GUARDIAN AD LITEM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME all parties filing their Agreed Motion to Appoint Guardian Ad Litem and respectfully show the Court as follows:

1. A settlement has been reached among all Plaintiffs and Defendants in this case. There are minor Plaintiffs that are included in the settlement and therefore, the appointment of a guardian ad litem is necessary to make a recommendation to this Court concerning the minor settlement.

2. The parties request the appointment of a guardian ad litem on behalf of the minor Plaintiffs so that settlement can be concluded. The parties have agreed that a single person may serve as an ad litem for multiple minor Plaintiffs with the Court's permission.

WHEREFORE, PREMISES CONSIDERED, the parties request this Court appoint a guardian ad litem so that settlement may be concluded.

1434592_1.DOC

Respectfully submitted,

VINSON & ELKINS L.L.P.

By_____
Knox D. Nunnally
State Bar No. 15141000
Federal I.D. No. 1282
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

**ATTORNEYS FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by mailing same certified mail, return receipt requested, this **26th** day of **November, 2003**.

*Attorneys for Plaintiffs:*
Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577
and
Gustavo L. Acevedo, Jr.
814 Del Oro Lane
Pharr, Texas 78577

*Attorneys for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

_____
DON C. GRIFFIN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, <br> MARIA DOLORES REYES, AS <br> NEXT FRIEND TO JESUS HUMBERTO <br> SILLER AND MARIA TELESFORO <br> ROSALES, AS NEXT FRIEND TO <br> VICTOR GERARDO HERNANDEZ <br><br> VS. <br><br> BRIDGESTONE/FIRESTONE BRAZIL <br> A foreign subsidiary of BRIDGESTONE <br> AMERICAS HOLDING, INC., <br> BRIDGESTONE/FIRESTONE NORTH <br> AMERICAN TIRE, LLC, and JUAN <br> HERNANDEZ OLIVAREZ | § § § § § § § § § § § § § § § | C.A. NO. B-03-126 |

## ORDER APPOINTING GUARDIAN AD LITEM

On the _____ day of _____, 2003, came on for hearing Motion For Appointment of Guardian Ad Litem in the above-captioned and numbered cause, and the Court being of the opinion that said Motion is with merit, it is hereby,

ORDERED that _____ is hereby appointed as Guardian Ad Litem for the minors in this cause.

SIGNED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

1434592_1.DOC

APPROVED BY:

VINSON & ELKINS L.L.P.

By: _____
　　　Don C. Griffin
　　　State Bar No. 08456975
　　　Federal I.D. No. 29446
　　　2300 First City Tower
　　　1001 Fannin Street
　　　Houston, Texas  77002-6760
　　　Telephone:　　(713) 758-3508
　　　Facsimile:　　(713) 615-5985

**ATTORNEYS FOR DEFENDANT**
**BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C.**
**(successor to Bridgestone/Firestone, Inc.)**

VASQUEZ LAW FIRM, P.C.

By: _____ /s/ Gilbert Vasquez
　　　Gilbert L. Vasquez
　　　State Bar No. 00797593
　　　814 Del Oro Lane
　　　Pharr, Texas  78577
　　　Telephone:　　(956) 787-8182
　　　Facsimile:　　(956) 787-4324

**ATTORNEYS FOR PLAINTIFFS**

LAWRENCE LAW FIRM

By: _____
　　　Larry W. Lawrence, Jr.
　　　State Bar No. 00794195
　　　One Park Place, Suite 525
　　　McAllen, Texas  78503
　　　Telephone:　　(956) 994-0057
　　　Facsimile:　　(956) 994-0741

**ATTORNEYS FOR DEFENDANT**
**JUAN HERNANDEZ OLIVAREZ**

*signed by permission