IN TH UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ROLANDO MENDOZA, <br> MARIA DOLORES REYES, AS <br> NEXT FRIEND TO JESUS HUMBERTO <br> SILLER AND MARIA TELESFORO <br> ROSALES, AS NEXT FRIEND TO <br> VICTOR GERARDO HERNANDEZ <br><br> VS. <br><br> BRIDGESTONE/FIRESTONE BRAZIL <br> A foreign subsidiary of BRIDGESTONE <br> AMERICAS HOLDING, INC., <br> BRIDGESTONE/FIRESTONE NORTH <br> AMERICAN TIRE, LLC, and JUAN <br> HERNANDEZ OLIVAREZ | § § § § § § § § § § § § § § § <br><br> C.A. NO. B-03-126 |

## MOTION TO APPOINT AD LITEM

Now comes Plaintiffs in the above-styled and numbered cause, and files this their Motion To Appoint Ad Litem and would show the court as follows:

### I. MOTION TO APPOINT AD LITEM

In November of 2003, the above referenced matter was settled. However, two of the Plaintiffs, **JESUS HUMBERTO SILLER** and **VICTOR GERARDO HERNANDEZ**, are minors; consequently, an Ad Litem must be appointed to represent them at the friendly suit. Therefore, the Plaintiffs request that an Ad Litem be appointed to the above referenced minors.

### II. CONCLUSION

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiffs pray this Court take notice the above referenced matter has settled and appoint an Ad Litem for **JESUS HUMBERTO SILLER** and **VICTOR GERARDO HERNANDEZ** and further relief, at law or in equity, to which the

Plaintiffs may show itself justly entitled to receive.

                Respectfully submitted,

                THE VASQUEZ LAW FIRM, P.C.
                814 Del Oro Lane
                Pharr, Texas 78577
                (956) 787-8182 Office
                (956) 787-4324, Facsimile

By: _____
      Gilbert L. Vasquez
      State Bar No. 00797593

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record by mailing same certified mail, return receipt requested, this **1st** day of **December, 2003.**

**Via: Facsimile (713) 758-2346 and
CMRRR 7003 1010 0002 9376 3262**
Knox D. Nunnally
VINSON & ELKINS L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002

**Via: Facsimile (956) 994-0741 and
CMRRR 7003 1010 0002 9376 3279**
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

*/s/ Gilbert L. Vasquez*

**Gilbert L. Vasquez**