IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| JOSE ROLANDO MENDOZA, MARIA DOLORES REYES, AS NEXT FRIEND TO JESUS HUMBERTO SILLER AND MARIA TELESFORO ROSALES, AS NEXT FRIEND TO VICTOR GERARDO HERNANDEZ <br><br> VS. <br><br> BRIDGESTONE/FIRESTONE BRAZIL A foreign subsidiary of BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, and JUAN HERNANDEZ OLIVAREZ | § § § § § § § § § § § § § § § § § <br><br> C.A. NO. B-03-126 |

## ORDER APPOINTING GUARDIAN AD LITEM

On the **2nd** day of **December**, 2003, came on for hearing Motion For Appointment of Guardian Ad Litem in the above-captioned and numbered cause, and the Court being of the opinion that said Motion is with merit, it is hereby,

ORDERED that _Luis Saenz_ is hereby appointed as Guardian Ad Litem for the minors in this cause.

SIGNED this _2_ day of _December_, 2003.

_____
UNITED STATES DISTRICT JUDGE

1434592_1.DOC

APPROVED BY:

VINSON & ELKINS L.L.P.

By: /s/ *[signature]*
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone:  (713) 758-3508
Facsimile:  (713) 615-5985

**ATTORNEYS FOR DEFENDANT
BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.LC.**
(successor to Bridgestone/Firestone, Inc.)

VASQUEZ LAW FIRM, P.C.

By: /s/ *[signature]* / Gilbert Vasquez *
Gilbert L. Vasquez
State Bar No. 00797593
814 Del Oro Lane
Pharr, Texas 78577
Telephone:  (956) 787-8182
Facsimile:  (956) 787-4324

**ATTORNEYS FOR PLAINTIFFS**

LAWRENCE LAW FIRM

By: Larry Lawrence / /s/ *
Larry W. Lawrence, Jr.
State Bar No. 00794195
One Park Place, Suite 525
McAllen, Texas 78503
Telephone:  (956) 994-0057
Facsimile:  (956) 994-0741

**ATTORNEYS FOR DEFENDANT
JUAN HERNANDEZ OLIVAREZ**

*signed by permission