IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, ET AL. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | B-03-126 |
| BRIDGESTONE/FIRESTONE BRAZIL ET AL. | § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

DEC 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

BE IT REMEMBERED that on December 19, 2003, the Court **SCHEDULED** a friendly suit hearing for January 26, 2004, at 3:30 p.m.

DONE this 19th day of December, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge