

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ROLANDO **MENDOZA**, § <br> MARIA DOLORES REYES, AS § <br> NEXT FRIEND TO JESUS HUMBERTO § <br> SILLER AND MARIA TELESFORO § <br> ROSALES, AS NEXT FRIEND TO § <br> VICTOR GERARDO HERNANDEZ § <br> § <br> VS. § <br> § <br> BRIDGESTONE/FIRESTONE BRAZIL § <br> A foreign subsidiary of BRIDGESTONE § <br> AMERICAS HOLDING, INC., § <br> BRIDGESTONE/FIRESTONE NORTH § <br> AMERICAN TIRE, LLC, and JUAN § <br> HERNANDEZ OLIVAREZ § | C.A. NO. B-03-126 |

## DEFENDANT BRIDGESTONE/FIRESTONE'S
## MOTION TO APPEAR IN PLACE OF ATTORNEY-IN-CHARGE

Defendant Bridgestone/Firestone North American Tire, L.L.C. ("Firestone") files its Motion to Appear in Place of Attorney-In-Charge and would show the Court as follows:

The Friendly Suit in this matter is currently scheduled for Monday, January 26, 2004 at 3:30 p.m. Don C. Griffin of Vinson & Elkins L.L.P. has been designated as attorney-in-charge for Firestone in this matter. Mr. Griffin, however, has a conflict and cannot attend the Friendly Suit as he will be taking depositions in another matter in Tyler, Texas. Moreover, Firestone and the Plaintiffs that are the subject of the Friendly Suit are in agreement on all substantive matters that will be addressed during the Friendly Suit. In such a context, it is much more cost effective and economical for Firestone to send its local counsel to attend the Friendly Suit on its behalf in place of Mr. Griffin.

Don C. Griffin has designated Carla Saenz Martinez of Carla M. Saenz & Associates to attend the Friendly Suit in his place. Carla Saenz Martinez is licensed to practice law in the State

1493317_1.DOC

of Texas and is admitted to practice before the United States District Court for the Southern District of Texas. Her federal identification number is 7994. Carla Saenz Martinez is fully informed of the issues pertaining to the Friendly Suit and the case file and has authority from Don C. Griffin and Firestone to bind Firestone at the Friendly Suit.

WHEREFORE, Firestone respectfully requests that this Court grant leave for Carla Saenz Martinez to appear at the Scheduling Conference in place of Don C. Griffin, attorney-in-charge.

Respectfully submitted,

VINSON & ELKINS L.L.P.

By _____
Don C. Griffin
State Bar No. 08456975
Federal I.D. No. 29446
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

**ATTORNEY IN CHARGE FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**

<u>OF COUNSEL:</u>
Thad K. Jenks
VINSON & ELKINS L.L.P.
State Bar No. 24007441
Federal I.D. No. 23290
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-3386
Facsimile: (713) 615-5736

Carla Saenz Martinez
CARLA M. SAENZ & ASSOCIATES
State Bar No. 17514595
Federal I.D. No. 7994
1335 Palm Blvd.
Brownsville, Texas 78520

**ATTORNEY FOR DEFENDANT,
BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE, L.L.C., INDIVIDUALLY
AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that I, Thad K. Jenks, discussed this Motion with counsel for Defendant and Cross-Plaintiff Juan Hernandez Olivarez (Larry Lawrence), counsel for Plaintiffs (Felix, an attorney in Gilbert Vasquez's office) and the Guardian Ad Litem. Each of these counsel represented that they are not opposed to this motion.

THAD K. JENKS

## CERTIFICATE OF SERVICE

I hereby certify that on the **23rd** day of **January, 2004,** a true and correct copy of the foregoing has been served on all counsel of record by facsimile.

*Attorneys for Plaintiffs:*
Gustavo L. Acevedo, Jr. *(By Fax 956-787-4324)*
Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577

*Attorneys for Defendant Juan Hernandez Olivarez:*
Larry W. Lawrence, Jr. *(By Fax 956-994-0741)*
LAWRENCE LAW FIRM
A Professional Corporation
One Park Place, Suite 525
McAllen, Texas 78503

*Guardian Ad Litem*
Luis Saenz *(By Fax 956-550-9553)*
LAW OFFICES OF LUIS SAENZ
117 East Price Road
Brownsville, Texas 78521

*Counsel for Firestone*
Carla Saenz Martinez *(Via Email)*
CARLA M. SAENZ & ASSOCIATES
1335 Palm Blvd.
Brownsville, Texas 78520

THAD K. JENKS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO **MENDOZA**, <br> MARIA DOLORES REYES, AS <br> NEXT FRIEND TO JESUS HUMBERTO <br> SILLER AND MARIA TELESFORO <br> ROSALES, AS NEXT FRIEND TO <br> VICTOR GERARDO HERNANDEZ <br><br> VS. <br><br> BRIDGESTONE/FIRESTONE BRAZIL <br> A foreign subsidiary of BRIDGESTONE <br> AMERICAS HOLDING, INC., <br> BRIDGESTONE/FIRESTONE NORTH <br> AMERICAN TIRE, LLC, and JUAN <br> HERNANDEZ OLIVAREZ | § § § § § § § § § § § § § § § | C.A. NO. B-03-126 |

## ORDER ON DEFENDANT BRIDGESTONE/FIRESTONE'S
## MOTION TO APPEAR IN PLACE OF ATTORNEY-IN-CHARGE

On the date appearing below, the Court considered the Motion to Appear in Place of Attorney-In-Charge filed by Defendant Bridgestone/Firestone North American Tire, L.L.C. ("Firestone"). After considering the motion, the Court finds that the Motion to Appear in Place of Attorney-In-Charge should be and is hereby GRANTED.

IT IS FURTHER ORDERED that Carla Saenz Martinez of Carla M. Saenz & Associates is hereby granted leave to appear for Firestone in place of Don C. Griffin of Vinson & Elkins L.L.P., attorney-in-charge, at the Friendly Suit scheduled on Monday, January 26, 2004 at 3:30 p.m.

SIGNED this _____ day of January, 2004.

_____
JUDGE PRESIDING

1493346_1.DOC

**APPROVED AS TO FORM:**

**VINSON & ELKINS L.L.P.**

By _Don C. Griffin_ *by permission*
   Don C. Griffin
   State Bar No. 08456975
   Federal I.D. No. 29446
   1001 Fannin
   2300 First City Tower
   Houston, Texas 77002
   Telephone: (713) 758-3508
   Facsimile: (713) 615-5985

**ATTORNEY-IN-CHARGE FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**