IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ROLANDO MENDOZA, § | |
| MARIA DOLORES REYES, AS § | |
| NEXT FRIEND TO JESUS HUMBERTO § | |
| SILLER AND MARIA TELESFORO § | |
| ROSALES, AS NEXT FRIEND TO § | |
| VICTOR GERARDO HERNANDEZ § | |
| § | C.A. NO. B-03-126 |
| VS. § | |
| § | |
| BRIDGESTONE/FIRESTONE BRAZIL § | |
| A foreign subsidiary of BRIDGESTONE § | |
| AMERICAS HOLDING, INC., § | |
| BRIDGESTONE/FIRESTONE NORTH § | |
| AMERICAN TIRE, LLC, and JUAN § | |
| HERNANDEZ OLIVAREZ § | |

**ORDER ON DEFENDANT BRIDGESTONE/FIRESTONE'S
MOTION TO APPEAR IN PLACE OF ATTORNEY-IN-CHARGE**

On the date appearing below, the Court considered the Motion to Appear in Place of Attorney-In-Charge filed by Defendant Bridgestone/Firestone North American Tire, L.L.C. ("Firestone"). After considering the motion, the Court finds that the Motion to Appear in Place of Attorney-In-Charge should be and is hereby GRANTED.

IT IS FURTHER ORDERED that Carla Saenz Martinez of Carla M. Saenz & Associates is hereby granted leave to appear for Firestone in place of Don C. Griffin of Vinson & Elkins L.L.P., attorney-in-charge, at the Friendly Suit scheduled on Monday, January 26, 2004 at 3:30 p.m.

SIGNED this 23rd day of January, 2004.

_____
JUDGE PRESIDING

1493346_1.DOC

APPROVED AS TO FORM:

VINSON & ELKINS L.L.P.

By _____
Don C. Griffin by permission
State Bar No. 08456975
Federal I.D. No. 29446
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone: (713) 758-3508
Facsimile: (713) 615-5985

**ATTORNEY-IN-CHARGE FOR DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., INDIVIDUALLY AND AS SUCCESSOR TO BRIDGESTONE/FIRESTONE, INC.**