IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, ET AL. | § | |
| Plaintiffs, | § | |
| v. | § | B-03-126 |
| BRIDGESTONE/FIRESTONE BRAZIL ET AL. | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 26, 2004, the Court **CANCELLED** the friendly suit hearing set for January 26, 2004, at 3:30 p.m. The parties are **ORDERED** to apprise the Court of their progress in preparing for a friendly suit hearing no later than 4:00 p.m. on Monday, February 16, 2004. When the parties are ready to proceed the Court will reschedule the hearing.

DONE this 26th day of January, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge