28

United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, ET AL *Plaintiffs* | ) | |
| | ) | |
| VS. | ) | B-03-126 |
| | ) | |
| BRIDGESTONE/FIRESTONE BRAZIL ET AL. *Defendants* | ) | |

**FRIENDLY SUIT HEARING STATUS REPORT**

COMES NOW, LUIS V. SAENZ, Attorney Ad Litem for Plaintiffs, MARIA DOLORES REYES as Next Friend to JESUS HUMBERTO SILLER and MARIA TELESFORO ROSALES as Next Friend to VICTOR GERARDO HERNANDEZ and files this Status Report pursuant to the Court's order of January 26, 2004.

I.

Plaintiffs, both parents and minors, reside in Matamoros, Tamaulipas, Mexico. MARIA TELESFORO ROSALES and her son VICTOR GERARDO HERNANDEZ have no immigration documents that will allow them entry into the United States to attend the hearing. Parent MARIA TELESFORO ROSALES has no telephone in Matamoros so it is very difficult to communicate with her.

Undersigned counsel has attempted to take MARIA TELESFORO ROSALES and VICTOR GERARDO HERNANDEZ' deposition in Matamoros, Mexico to prove up the settlement in her and her son's absence. Said effort failed when counsel lost contact with parent MARIA TELESFORO ROSALES.

Undersigned counsel is also attempting to obtain from the U.S. Immigration Service a one-day parole letter that will allow MARIA TELESFORO ROSALES and her son entry into the United States to attend the hearing.

Therefore, at this time I am not ready to proceed. Undersigned Counsel will continue to attempt to depose MARIA TELESFORO ROSALES and son or obtain the parole permit letter from the Immigration Service. Counsel will promptly notify the Court when either the deposition or permit letter is accomplished.

Respectfully submitted,

LAW OFFICE OF
LUIS V. SAENZ
117 E. Price Rd.
Brownsville, Texas 78521
(956) 550-9550 - Telephone
(956) 550-9553 - Telefax

BY: ______________________
LUIS V. SAENZ
Southern District of Texas
Federal I.D. No. 12252
Texas State Bar No. 17514880

**CERTIFICATE OF SERVICE**

I, Luis V. Saenz do hereby certify that on this the 13th day of February, 2004, a true and correct copy of the foregoing document has been forwarded to the following:

Gilbert L. Vasquez
VASQUEZ LAW FIRM, P.C.
814 Del Oro Lane
Pharr, Texas 78577

Thad Jenks
VINSON & ELKINS, L.L.P.
1001 Fannin Street
2300 First City Tower
Houston, Texas 77002-6760

LUIS V. SAENZ