29

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, ET AL. | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | B-03-126 |
| | § | |
| BRIDGESTONE/FIRESTONE BRAZIL | § | |
| ET AL. | § | |
| Defendants. | § | |
| | § | |

**ORDER**

BE IT REMEMBERED that on March 4, 2004, the Court, having been notified by the parties that a settlement has been reached, **MOOTED** Defendant Bridgestone's Motion to Dismiss and Plaintiffs' Motion to Remand [Dkt. Nos. 2 & 8]. Additionally, the Court's docket shows a pending motion for the appointment of a guardian ad litem [Dkt. No. 22]. As the Court has already granted an agreed motion to appoint an attorney ad litem, this motion is also **MOOTED** [Dkt. No. 22].

DONE this 4th day of March 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge