IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ROLANDO MENDOZA, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil No. B-03-126 |
| § | |
| BRIDGESTONE/FIRESTONE BRAZIL § | |
| ET AL. § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on April 23, 2004, the Court **SCHEDULED** a friendly suit hearing for May 11, 2004, at 10:00 a.m.

DONE this 23rd day of April, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge