31

## Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED

MAY 1 1 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 05 / 11 / 04 |
| TIME | 10:12 a.m. — 10:20 a.m. |
| | 3:17 p.m. — 3:37 p.m. |
| CIVIL ACTION | B / 03 / 126 |
| STYLE | JOSE ROLANDO MENDOZA, ET AL *versus* BRIDGESTONE/BRAZIL, ET AL |

DOCKET ENTRY

(HGT) ■Friendly Suit Hearing; (Court Reporter: Heather Hall) (Interpreter: David Hoover)

| | |
|---|---|
| Attorney(s) for Plaintiff(s): | Gilbert Vasquez |
| Attorney(s) for Defendant(s): | |
| Bridgestone/Firestone Brazil, Inc. | Scott Upchurch |
| " " North America L.L.C. | |
| **Guardian Ad Litem** | **Luis Saenz** |

Comments:

**Friendly Suit Hearing/Morning session:**

Case called in the morning; however, was rescheduled for the afternoon to allow witness, Maria Dolores Reyes to be present–Ms. Reyes had not arrived because she was running late, and Mr. Upchurch did not bring the deposition of Maria Telesforo Rosales, a witness whose deposition testimony was going to be offered by Mr. Saenz due to their inability to get permission for her to cross from Mexico. Deposition was taken in Matamoros on April 1, 2004. The court inquired as to defendant Juan Hernandez Olivarez and was advised that the defendant has settled with Bridgestone. Defendant Hernandez Olivarez had filed a cross action and will be non-suited.

Court orally granted Mr. Upchurch's oral request to appear. Transcript to be faxed directly to chambers. The court ordered Mr. Upchurch to contact Mr. Knox Nunnally, the partner in charge on this case. Mr. Nunnally to call the Court and explain why he sent an attorney that was not prepared to appear in this case.

May 11, 2004
B:03cv126
Mendoza, et al vs. Bridgestone/Firestone, et al
Friendly Suit Hearing - Page 2

**Hearing Reconvened/Afternoon session:**

**Maria Dolores Reyes** testified regarding her son, Humberto Siller. She understands the settlement, money she receives must be used for her son and will include medical expenses and attorneys' fees. Saenz, Vazquez, and Upchurch examined her. Ad Litem recommended the Court approve the settlement as to this Plaintiff, with a portion of the funds immediately disbursed to Ms. Reyes on behalf of her son and a larger portion placed in the Court's registry until Siller's 18th birthday. Court will receive written settlement proposal.

**Deposition admitted as Ad-litem Exhibit #1 as to Maria Telesforo Rosales who could not be present because she was not granted entry documents.** Same inquiry as above took place at the deposition, and Ms. Rosales testified regarding her son, Victor Gerardo Hernandez. Ad Litem recommended the Court approve this settlement with all funds being immediately disbursed to Ms. Rosales. Ad Litem will deliver funds and he is to get a receipt.

**Ad litem fees:** Agreement has been reached concerning ad-litem fees.

**Ruling:** Court approved settlement after hearing the evidence presented.

**Parties will submit a settlement agreement with the figures the Court orally approved.**