IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ROLANDO **MENDOZA**, § <br> MARIA DOLORES REYES, AS § <br> NEXT FRIEND TO JESUS HUMBERTO § <br> SILLER AND MARIA TELESFORO § <br> ROSALES, AS NEXT FRIEND TO § <br> VICTOR GERARDO HERNANDEZ § <br> § <br> VS. § <br> § <br> BRIDGESTONE/FIRESTONE BRAZIL § <br> A foreign subsidiary of BRIDGESTONE § <br> AMERICAS HOLDING, INC., § <br> BRIDGESTONE/FIRESTONE NORTH § <br> AMERICAN TIRE, LLC, and JUAN § <br> HERNANDEZ OLIVAREZ § | C.A. NO. B-03-126 |

## ANNOUNCEMENT OF SETTLEMENT AND AGREED MOTION TO DISMISS AS TO CROSS-DEFENDANTS, BRIDGESTONE /FIRESTONE BRAZIL, A FOREIGN SUBSIDIARY OF BRIDGESTONE AMERICAS HOLDING, INC., AND BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC

COMES NOW, Cross-Defendant Bridgestone/Firestone North American Tire, LLC, successor to Bridgestone/Firestone, Inc. ("Firestone") and Cross-Plaintiff Juan Hernandez Olivarez (collectively referred to as "Movants"), and file this, their Agreed Joint Motion to Dismiss with Prejudice as to Cross-Defendants, Bridgestone/Firestone Brazil a foreign subsidiary of Bridgestone Americas Holdings, and Bridgestone/Firestone North American Tire, LLC, (collectively referred to as "Cross-Defendants"), and in support thereof, would show as follows:

All matters in controversy between the Movants have been settled, and consideration for the settlement has been paid in full. As part of the settlement, Movants have agreed that Cross-Plaintiff Juan Hernandez Olivarez, should take nothing by reason of this suit against Cross-Defendants, and that the case against Cross-Defendants should be dismissed with prejudice. All

Movants have further agreed that the dismissal with prejudice should extend to all claims that could have been asserted against Cross-Defendants as well as all claims that actually were asserted against Cross-Defendants in this case. Accordingly, all Movants are, through this motion, jointly requesting that this Court enter an Order of Dismissal With Prejudice As To Cross-Defendants that conforms to the agreement of Movants. All Movants have further agreed that each party shall bear its own costs of court.

WHEREFORE, Movants pray that this Court grant their Agreed Joint Motion to Dismiss With Prejudice as to Cross-Defendants, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

VINSON & ELKINS L.L.P.

By_____
Don C. Griffin & by permission
State Bar No. 08456975
Federal I.D. No. 29446
Scott Upchurch
State Bar No. 24028177
Federal I.D. No. 29410
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone: 713-758-3508
Facsimile: 713-615-5985

**ATTORNEYS FOR CROSS-DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C.**

LAWRENCE LAW FIRM, P.C.

By: _____
Larry W. Lawrence, Jr.
Texas Bar No. 00794195
One Park Place, Suite 680
McAllen, Texas 78503
Telephone: (956) 994-0057
Facsimile: (956) 994-0741

**ATTORNEYS FOR CROSS-PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing was hand delivered, and/or sent via U.S. Mail to all counsel of record on this the 21 day of ~~May~~ June 2004.

1638461_1.DOC

_____
ATTORNEY FOR BRIDGESTONE/
FIRESTONE NORTH AMERICAN TIRE,
LLC

1638461_1.DOC                    3