IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| JOSE ROLANDO **MENDOZA**, § <br> MARIA DOLORES REYES, AS § <br> NEXT FRIEND TO JESUS HUMBERTO § <br> SILLER AND MARIA TELESFORO § <br> ROSALES, AS NEXT FRIEND TO § <br> VICTOR GERARDO HERNANDEZ § <br> § <br> VS. § <br> § <br> BRIDGESTONE/FIRESTONE BRAZIL § <br> A foreign subsidiary of BRIDGESTONE § <br> AMERICAS HOLDING, INC., § <br> BRIDGESTONE/FIRESTONE NORTH § <br> AMERICAN TIRE, LLC, and JUAN § <br> HERNANDEZ OLIVAREZ § | C.A. NO. B-03-126 |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO CROSS-DEFEDANTS

Cross-Plaintiff Juan Hernandez Olivarez and Cross-Defendant Bridgestone/Firestone North American Tire, LLC's, Agreed Joint Motion to Dismiss With Prejudice as to Cross-Defendants Bridgestone/Firestone Brazil, a foreign subsidiary of Bridgestone Americas Holding, Inc., and Bridgestone/Firestone North American Tire, LLC, successor to Bridgestone/Firestone, Inc., having duly and properly come before the Court for consideration, the Court has concluded that the Motion should be, and hereby is, in all things GRANTED, it is, therefore,

ORDERED that Cross-Plaintiff Juan Hernandez Olivarez take nothing by reason of this suit against the Cross-Defendants, Bridgestone/Firestone North American Tire, LLC, successor to Bridgestone/Firestone, Inc., and Bridgestone/Firestone Brazil, a foreign subsidiary of Bridgestone Americas Holding, Inc., and that all claims that were or could have been asserted in this case by Cross-Plaintiff be DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that each party shall bear its own costs of court.

All relief requested, or which could have been requested in this case by Cross-Plaintiff not specifically granted herein is DENIED.

ENTERED this _____ day of _August_, 2004.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

VINSON & ELKINS L.L.P.

By: _____
    Don C. Griffin *by permission*
    State Bar No. 08456975
    Federal I.D. No. 29446
    Scott Upchurch
    State Bar No. 24028177
    Federal I.D. No. 29410
    1001 Fannin
    2300 First City Tower
    Houston, Texas 77002
    Telephone: 713-758-3508
    Facsimile: 713-615-5985

**ATTORNEYS FOR CROSS-DEFENDANT, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C.**

LAWRENCE LAW FIRM, P.C.

By: _____
    Larry W. Lawrence, Jr.
    Texas Bar No. 00794195
    One Park Place, Suite 680
    McAllen, Texas 78503
    Telephone: (956) 994-0057
    Facsimile: (956) 994-0741

**ATTORNEYS FOR CROSS-PLAINTIFF**