IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 7 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ROLANDO MENDOZA, ) | |
| MARIA DOLORES REYES, AS NEXT ) | |
| FRIEND TO JESUS HUMBERTO SILLER ) | |
| ET AL. ) | |
| *Plaintiffs* ) | |
| ) | |
| VS. ) | C.A. NO. B-03-126 |
| ) | |
| BRIDGESTONE/FIRESTONE BRAZIL ) | |
| ET AL. ) | |
| *Defendants* ) | |

**MOTION FOR WITHDRAWAL OF FUNDS
FROM THE REGISTRY OF THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LUIS V. SAENZ, on behalf of JESUS HUMBERTO SILLER, minor child and moves the Court for withdrawal of funds deposited in the registry of the Court and in support shows the following:

I.

Movant was appointed Guardian Ad Litem for the purpose of representing the interests of said minor.

I.

By judgment duly rendered in the above-entitled and numbered cause, the sum of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000.00) was paid into the registry of the Court as settlement to the minor, JESUS HUMBERTO SILLER, for the use and benefit of said minor.

II.

Movant requests that the Court allow the monies plus all accrued interest to be withdrawn from the registry of the Court because as of October 30, 2006, the minor, JESUS HUMBERTO

SILLER, has reached the age of majority. A copy of certificate of birth along with a copy of the minor's identification cards are attached and being filed with the registry of the Court.

WHEREFORE, movant requests that after consideration the Court approve Movant's request for withdrawal of funds from the registry of the Court for the benefit of the minor.

Respectfully submitted,

LAW OFFICE OF
LUIS V. SAENZ
117 East Price Road
Brownsville, Texas 78521
(956) 550-9550 - Telephone
(956) 550-9553 - Telefax

By: _____
LUIS V. SAENZ
Southern District of Texas
Federal I.D. No. 12252
Texas State Bar No. 17514880