

El Gobierno del Estado Libre y Soberano de Tamaulipas faculta al portador de esta Licencia para manejar vehículos inscritos en cualquier Estado de la República, su vigencia fuera de Tamaulipas se limita exclusivamente a personas en transito o con residencia temporal, se debera efectuar nuevo tramite de licencia en la Entidad Federativa donde se resida en forma permanente. Actuando en concordancia con la Asociacion Mexicana de Directores de Transito, A C con todas las Autoridades del ramo en el pais reciprocamente respeta y otorga garantias a los portadores de los documentos similares que ellos expiden

FOLIO No. A1558068

IMPORTANTE
Esta licencia no necesita resello y caduca a los dos años de su expedicion

**USA B1/B2 VISA/BCC**
NAME SILLER REYES, JESUS HUMBERTO



Birthdate　　　　Sex
10/30/88　　　　M
Nationality　MEX
VISA/BCC EXPIRES 11/12/11
VISA/BCC ISSUED 11/14/01
U.S Employment NOT Authorized

```
VBUSA3610001<<5<MTM000373637<<
8810300M1111123MEXMTM2001317<5
SILLER<REYES<<JESUS<HUMBERTO<<
```

 

# GOBIERNO DEL ESTADO DE TAMAULIPAS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO OFICIAL DEL REGISTRO CIVIL CERTIFICO QUE EN EL ARCHIVO DEL REGISTRO CIVIL EN POB. ANAHUAC, VALLE HERMOSO SE ENCUENTRA ASENTADA UN ACTA LEVANTADA POR EL C. OFICIAL MA. ANTONIA J. DE AVILA QUE CONTIENE LOS SIGUIENTES DATOS:

## ACTA DE NACIMIENTO

OFICIALIA: 3    LIBRO No. 1    ACTA No. 167    CURP: = = = = =    CRIP: 280400390001671
FECHA DE REGISTRO: 24/07/1990    LUGAR DEL REGISTRO: POB. ANAHUAC, VALLE HERMOSO, TAMAULIPAS

NOMBRE: JESUS HUMBERTO SILLER REYES    SEXO: MASCULINO
FECHA DE NACIMIENTO: 30/10/1988    HORA DE NACIMIENTO: 12:00
LUGAR DE NACIMIENTO: H. MATAMOROS, . TAMAULIPAS .
CERTIFICADO NACIMIENTO: = = = = =    COMPARECIO: AMBOS    PRESENTADO: VIVO

NOMBRE DEL PADRE: SANTOS ELEODORO SILLER GARCIA    NACIONALIDAD: MEXICANA
DOMICILIO HABITUAL: AVE. PROGRESO 5A Y 7A   ANAHUAC, . TAM. .    EDAD: 43 AÑOS

NOMBRE DE LA MADRE: MARIA DOLORES REYES MONCADA    NACIONALIDAD: MEXICANA
DOMICILIO HABITUAL: AVE. PROGRESO 5A Y 7A   ANAHUAC, . TAM. .    EDAD: 38 AÑOS

ABUELO PATERNO: SANTOS SILLER FLORES    NACIONALIDAD: MEXICANA
ABUELA PATERNA: REYES GARCIA CHAPA    NACIONALIDAD: MEXICANA
ABUELO MATERNO: ABDON REYES ZAMORA (+)    NACIONALIDAD: MEXICANA
ABUELA MATERNA: VICTORIA MONCADA GUTIERREZ (+)    NACIONALIDAD: MEXICANA

TESTIGO: ANGELINA VAZQUEZ SILGUERO    EDAD: 33 AÑOS    NACIONALIDAD: MEXICANA
TESTIGO: AGUSTIN AVILA GAVIÑA    EDAD: 52 AÑOS    NACIONALIDAD: MEXICANA

PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO: —
NOMBRE: = = = = = = = = = =    EDAD: = =    NACIONALIDAD: = = = = =
DOMICILIO: = = = = = = = = = =    PARENTESCO: = = = = =

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN POB. ANAHUAC, VALLE HERMOSO A LOS 10 DIAS DEL MES DE FEBRERO DEL 2004. DOY FE.

SELLO DEL REGISTRO CIVIL

JORGE LUIS BARRERA LEAL
OFICIAL 3o. DEL REGISTRO CIVIL

COSTO $42.00    9/2-16 L-ADZ I-ADZ    FOLIO 1294269

**GOVERMENT OF THE STATE OF TAMAULIPAS**
**CIVIL REGISTRATION**

IN THE NAME OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS AND AS THE OFFICIAL OF THE ARCHIVES OF THE CIVIL REGISTRATION OF THE CITY OF ANAHUAC, VALLE HERMOSO CERTIFIES THAT A REGISTRATION WAS MADE BY OFFICER MA. ANTONIA J. DE AVILA WHICH CONTAINS THE FOLLOWING INFORMATION:

**BIRTH CERTIFICATE**

Official: 3   Book No.: 1   Registration No.: 167
Certificate No.: 280400390001671
Date of Registration: 07/24/1990
Place of Registration: ANAHUAC, VALLE HERMOSO, TAMAULIPAS

| | |
|---|---|
| Name: | JESUS HUMBERTO SILLER REYES |
| D.O.B.: | 10/30/1988 |
| Sex: | MALE |
| Place of Birth: | H. MATAMOROS, TAMAULIPAS |
| Time of Birth: | 12:00 |
| Presentation: | Live at Birth |
| Appearance: | Both |

| | |
|---|---|
| Name of Father: | SANTOS ELEODORO SILLER GARCIA |
| Address: | AVE. PROGRESO 5A Y 7A, ANAHUAC, TAMAULIPAS |
| Nationality: | MEXICAN |
| Age: | 43 |

| | |
|---|---|
| Name of Mother: | MARIA DOLORES REYES MONCADA |
| Address: | AVE. PROGRESO 5A Y 7A, ANAHUAC, TAMAULIPAS |
| Nationality: | MEXICAN |
| Age: | 38 |

| | |
|---|---|
| Paternal Grandfather: | SANTOS SILLER FLORES |
| Nationality: | MEXICAN |

| | |
|---|---|
| Paternal Grandmother: | REYES GARCIA CHAPA |
| Nationality: | MEXICAN |

| | |
|---|---|
| Maternal Grandfather: | ABDONA REYES ZAMORE (+) |
| Nationality: | MEXICAN |

| | |
|---|---|
| Maternal Grandmother: | VICTORIA MONCADA GUTIERREZ (+) |
| Nationality: | MEXICAN |

| | |
|---|---|
| Witness: | ANGELINA VAZQUEZ SILGUERO |
| Age: | 33 |
| Nationality: | MEXICAN |
| Witness: | AGUSTIN VAZQUEZ SILGUERO |
| Age: | 52 |
| Nationality: | MEXICAN |

Additional Witnesses:
N/A

THIS CERIFICATE IS EXTENDED PURSUANT TO ARTICLE 31 ON THE 10TH DAY OF FEBUARY, 2004 IN THE CITY OF ANAHUAC, VALLE HERMOSA IN THE SATE OF TAMAULIPAS.

**JORGE LUIS BARRERA LEAL**
OFFICER FOR THE ARCHIVES OF
THE CIVIL REGISTARATION # 3

**STATE OF TEXAS** §
§
**COUNTY OF CAMERON** §

I, BERTHA GARAY, being duly sworn, do state that:

I am fluent both in English and in Spanish.

I further certify that I read and translated into English what is purported to be a **BIRTH CERTIFICATE**, and that the referenced translation which consist of 1 page (Spanish version) and 2 (English version) and is attached hereto, is true and correct, to the best of my knowledge and abilities.

Bertha Garay
2102 El Portal
Brownsville, Texas 78521
(956) 466-4578

WITNESS MY HAND AND SEAL OF OFFICE on this the ___8th___ day of ___November___, 2006.

ALMA L. TAITAGUE
MY COMMISSION EXPIRES
November 20, 2007

NOTARY PUBLIC, IN AND FOR THE STATE OF TEXAS