IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO MENDOZA, <br> MARIA DOLORES REYES, AS NEXT <br> FRIEND TO JESUS HUMBERTO SILLER <br> ET AL. <br> *Plaintiffs* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| VS. | ) | C.A. NO. B-03-126 |
| BRIDGESTONE/FIRESTONE BRAZIL <br> ET AL. <br> *Defendants* | ) <br> ) <br> ) <br> ) | |

## ORDER FOR WITHDRAWAL OF FUNDS

On this day came on to be heard Movant's Motion for Withdrawal of Funds From the Registry of the Court.

After considering same it is the opinion of the Court that said Motion should be granted and the Clerk is hereby ordered to release the sum of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000.00) plus all interest accrued to date, from the registry of the Court.

SIGNED ON this _____ day of _____, 2006.

_____
JUDGE PRESIDING