IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC - 5 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ROLANDO MENDOZA, MARIA § <br> DOLORES REYES, as next friend to § <br> JESUS HUMBERTO SILLER and MARIA § <br> TELESFORO ROSALES, as next friend § <br> to VICTOR GERARDO HERNANDEZ § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BRIDGESTONE/FIRESTONE BRAZIL, § <br> A foreign subsidiary of BRIDGESTONE § <br> AMERICAS HOLDING, INC., § <br> BRIDGESTONE/FIRESTONE NORTH § <br> AMERICAN TIRE, LLC, and JUAN § <br> HERNANDEZ OLIVAREZ, § <br> § <br> Defendants. § | CIVIL NO. B-03-126 |

## ORDER

BE IT REMEMBERED that on December 5, 2006, the Court **GRANTED** Plaintiff Jesus Humberto Siller's Motion for Withdrawal of Funds From the Registry of the Court. Dkt. No. 36.

On May 27, 2004, the Court approved the parties' settlement of this case, which provided for the allocation of $7,000.00 into the Court Registry in an interest-bearing account, for the use and benefit of Plaintiff Jesus Humberto Siller. Dkt. No. 32, at 3. At that time Jesus Humberto Siller was a minor, and attorney Luis V. Saenz represented Siller's interests as a guardian ad litem. *Id.* at 2. The $7,000.00 sum allocated to Siller was to be held in the Court Registry until Siller reached 18 years of age. Dkt. No. 31.

In the instant motion, Siller informs and provides the Court with evidence that he turned 18 years old on October 30, 2006. Dkt. No. 36, Ex. A. The Court finds that Plaintiff Jesus Humberto Siller has reached 18 years of age. Therefore, the Court **GRANTS**

Plaintiff Jesus Humberto Siller's Motion for Withdrawal of Funds From the Registry of the Court. Dkt. No. 36. The Court **ORDERS** the Clerk of the Court to disburse the amount of $7,000.00, plus all interest accrued to date, held in the Court Registry to Plaintiff Jesus Humberto Siller.

DONE at Brownsville, Texas, this 5 day of December, 2006.

Hilda G. Tagle
United States District Judge